NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**JOHN DACOSTA,**
*Plaintiff-Appellant,*

**and**

**N. B. SALTY MILLER,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5097

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-558, Judge George W. Miller.

---

**ON MOTION**

---

**O R D E R**

John Dacosta and N.B. Salty Miller move for a default judgment.

The court notes that the United States timely filed its brief.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

**JUN 1 1 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  John Dacosta
     N.B. Salty Miller
     Karen Gregory, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 1 1 2010**

**JAN HORBALY**
**CLERK**